TO: Nathan Ochsner, Clerk
United States District Court, P.O. Box 61010, Houston, Texas 77208.

DATE: January 19, 2023

FROM: Mr. Jacob Earl Murphy
\#01885040
Ellis Unit
1697 FM 980
Huntsville, TX 77343

United States Courts
Southern District of Texas
FILED

JAN 23 2023

Nathan Ochsner, Clerk of Court

Re: January 9, 2023 Pleadings

Dear Court,

Because the Court's caseload is heavy and disposition time cannot be predicted. I request the Court should contact/issue an immediate order to Texas Department of Criminal Justice: Organization (TDCJ) for my release pending the grant of my January 9, 2023 Pleadings as TDCJ has agreed that I should be released by January 24, 2023 or within three (3) business days from the issuance of the enclosed TDCJ In-Forma-Pauperis Data Sheet (1·19·2023, 4:50:33 AM).

Respectfully,
Jacob Earl Murphy

Murphy, Jacob E
#01825040
Ell03
1097 FM 980
Huntsville, Texas 77343

United States Courts
Southern District of Texas
FILED

JAN 23 2023

Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773
20 JAN 2023 PM 2 L

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208.

77208-101010