United States District Court
Southern District of Texas
**ENTERED**
February 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACOB EARL MURPHY, §<br>TDCJ #01805040, §<br>§<br>Petitioner, §<br>§<br>VS. §<br>§<br>BOBBY LUMPKIN, §<br>§<br>Respondent. § | CIVIL ACTION NO. H-23-00293 |

## ORDER OF DISMISSAL

State inmate Jacob Earl Murphy (TDCJ #01805040) filed a 1-page handwritten request for the court to order the Texas Department of Criminal Justice to release him from prison, claiming that "TDCJ has agreed that I should be released by January 24, 2023, or within three business days from the issuance of the enclosed TDCJ In-Forma-Pauperis Data sheet." Doc. No. 1 at 1. This is his second nearly identical request for immediate release from prison. *See Murphy v. Lumpkin*, Civ. No. H-23-267 (S.D. Tex. Jan. 26, 2023).

As the Court explained in *Murphy*, *supra*, the petitioner is confined pursuant to a 1997 murder conviction from Dallas County, Texas, and his recently-filed federal habeas petition challenging his conviction under 28 U.S.C. § 2254 is already pending in the Northern District of Texas. *See id.* at Doc. No. 5 at 2 (citing *Murphy v. Lumpkin*, Civ. No. 3:23-CV-0054-X (BT) (N.D. Tex.)).

For the reasons set forth in *Murphy*, Civ. No. H-23-267, the Court **ORDERS** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. All other requests and motions are **DENIED AS MOOT**.

3. A certificate of appealability is **DENIED**.

4. This case is **CLOSED**.

The Clerk will send a copy of this Order of Dismissal to the parties.

SIGNED at Houston, Texas, this ___8th___ day of February 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE